

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-21-00104-CV
_____

NWR GEORGIA CONSTRUCTION, LLC, Appellant

V.

MASTER WOODCRAFT CABINETRY, LLC, AND MCW INDUSTRIES, LLC, Appellees

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 21-0302

Before Morriss, C.J., Stevens and Carter,* JJ.
Memorandum Opinion by Chief Justice Morriss

_____

*Jack Carter, Justice, Retired, Sitting by Assignment

# MEMORANDUM OPINION

After this Court issued its March 1, 2022, opinion in this interlocutory appeal, the parties reached a full and final settlement of their disputes. Accordingly, the appellant filed an agreed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

We withdraw our March 1, 2022, opinion and vacate our March 1, 2022, judgment. *See* TEX. R. APP. P. 42.1(c). We further grant the appellant's motion, dismiss this appeal, and remand this matter to the trial court.

Josh R. Morriss, III
Chief Justice

Date Submitted:     March 16, 2022
Date Decided:       March 17, 2022

2